# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH ALPHONSO RAMOS, | No. 2:16-cv-1855 AC P |
| Plaintiff, | |
| v. | ORDER |
| S. BOYACK, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with this civil rights action. After the undersigned's screening of plaintiff's complaint and plaintiff's submission of the information necessary to serve process on defendants, plaintiff submitted several exhibits in support of his complaint. See ECF Nos. 10, 11. The Clerk of Court is directed to attach those exhibits to the complaint and designate the combined document as the operative complaint. Service of process will proceed on plaintiff's original complaint only; defendants will be informed that the exhibits have been added to the complaint and are available online pursuant to the court's Case Management/Electronic Case Files (CM/ECF) system.

Plaintiff is directed to submit no further documents in this case until further order of this court.

IT IS SO ORDERED.

DATED: August 21, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE