UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH ALPHONSO RAMOS,<br><br>Plaintiff,<br><br>v.<br><br>S. BOYACK, et al.,<br><br>Defendants. | No. 2:16-cv-1855 TLN AC P<br><br><br><br>ORDER |

The court has received plaintiff's pretrial statement filed November 26, 2018. ECF No. 32. A more comprehensive statement is required, as set forth by this court's order filed November 11, 2018, to adequately prepare this case for trial before District Judge Nunley. See ECF No. 31. Therefore, the parties will be directed to cooperate in the preparation and filing of a Joint Pretrial Statement. Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall cooperate in the preparation and filing of a Joint Pretrial Statement that provides the following information:

    a. The estimated length of trial, and any "black out" dates when either party or their counsel is unavailable through September 27, 2019; and

    b. Fully address, without providing any exhibits at this time, each of the matters set forth in Local Rule 281(b).

////

1

2. Defense counsel shall file and serve the parties' Joint Pretrial Statement on or before January 18, 2019.

3. The prior deadline for filing separate statements, see ECF No. 31, is vacated.

IT IS SO ORDERED.

DATED: November 29, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE